**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

BANK OF THE OZARKS, as Successor   :
in Interest to, and Assignee of, the   :
Federal Deposit Insurance Corporation,  :
As Receiver of the Park Avenue Bank,   :
Valdosta, Georgia   :
                      :
     Plaintiff,   :
                      :
v.   :     CASE NO.: 1:13-cv-22 (WLS)
                      :
J. WILLIAM BASS JR. AND KELLY P.  :
BASS,   :
                      :
     Defendants.   :
                      :

## <u>ORDER</u>

Before the Court is Plaintiff Bank of the Ozarks' Motion to Compel Responses to Discovery. (Doc. 17.) Therein, Bank of the Ozarks ("the Bank") moves the Court for an order requiring Defendants to respond to its interrogatories, request for production of documents, and request for admission. Specifically, the Bank provides evidence it served Defendants with discovery requests on June 24, 2013. The Defendants did not respond within the time allotted under the Federal Rules. Although the Parties conferred on several occasions, Defendants have still failed to respond to discovery. The Bank provides a certificate of its good faith attempt to confer with defense counsel before moving to compel. After a review of the docket, the Court notes that Defendants have not responded to the instant motion and also failed to appear for the mandatory scheduling and discovery conference.

Defendants are hereby **ORDERED** to respond to the discovery requests within **fourteen (14) days** from the entry of this Order. Defendants are **NOTICED** that failure to comply with this Order may result in sanctions.

**SO ORDERED**, this __13th__ day of September 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**